# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

DAMON JOHNSON,             :    Case No. 1:18-cv-367
     Plaintiff,          :
                   :    Judge Timothy S. Black
vs.                  :
                   :    Magistrate Judge Karen L. Litkovitz
LESLIE LONG-AZBELL, *et al.*,  :
     Defendants.      :

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATIONS
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on June 25, 2018 submitted a Report and Recommendations (Doc. 4). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby **ADOPTED** in its entirety.

Accordingly:

1.     The Report and Recommendations (Doc. 4) is **ADOPTED**;

2.     Plaintiff's complaint is **DISMISSED** with prejudice;

3. Pursuant to 28 U.S.C. § 1915(a), an appeal of this Order would not be taken in good faith and, accordingly, Plaintiff is denied leave to appeal *in forma pauperis*; and

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:         8/1/18

Timothy S. Black
United States District Judge